UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40976
_____


In The Matter of:  BURTON SECURITIES, NA,

Debtor,

TOR HUSJORD SHIPPING,

Appellant,

versus

PORT ISABEL/SAN BENITO NAVIGATION DISTRICT; EUROPA CRUISES
CORPORATION; BUTLER SNOW, O'MARA, STEVENS & CANADA; MARINE
SALVAGE INC; SEA GARDEN SALES CO INC; VALLEY ICE & FUEL INC,
doing business as Valley Lubricants Fire Protection Services Inc;
BRAZOS SANTIAGO PILOTS ASSOCIATION; NEWPARK SHIPBUILDING & REPAIR
INC; SNODGRASS INC; WHITE LUMBER & SUPPLY INC; MARINE ELECTRIC
SERVICES INC; JARDINE, EMETT & CHANDLER,

Appellees,

_____

Appeal from the United States District Court
for the Southern District of Texas
Corpus Christi Division
(C-96-CV-68)
_____

September 22, 1997

Before JONES, EMILIO M. GARZA, and PARKER, Circuit Judges,

PER CURIAM:[*]

_____

     [*] Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

Tor Husjord Shipping ("Husjord") appeals the decisions of the bankruptcy and district courts establishing the priorities of claims and ordering the Liquidating Trustee to make distributions accordingly.  Husjord raises numerous arguments regarding the propriety of the lower courts' orders, but after hearing oral argument, reviewing the briefs, the authorities cited therein and relevant parts of the record, which we have located and considered, we find no reversible error of fact or law.  Thus, we AFFIRM the judgment of the district court.

**AFFIRMED.**